UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON K. LASSEN,

       Plaintiff,

Case No.: 1:08-cv-1037

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (Dkt. #11). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Commissioner's decision is **VACATED** and this matter is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: March 12, 2010                                  /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge