UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON K. LASSEN,

    Plaintiff,

v.

Case No. 1:08-cv-1037

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Having issued an order adopting the report and recommendation, vacating the Commissioner's decision and remanding this matter for further proceedings, **JUDGMENT** is hereby entered in plaintiff's favor.

Date:                                                 /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge